FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 19, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAY GOODMAN, individually, and on behalf of other members of the general public similarly situated,<br>Plaintiff,<br>v.<br>HOTEL MANAGEMENT SERVICES LLC, BRAINTREE GROUP LLC, and DOES 1 through 5, inclusive,<br>Defendants. | NO. 2:26-CV-00391-SAB<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND** |

Before the Court is the parties' Stipulated Motion for Remand, ECF No. 8. Plaintiff is represented by Albert Kirby and Joanna Ghosh. Defendants are represented by Jaron Robinson and William Symmes. The motion was heard without oral argument.

The parties stipulate that the above-captioned case be remanded to the Superior Court of the State of Washington in and for the County of Spokane from which the case was removed based on the amount in controversy requirements for federal jurisdiction. The Court finds good cause to grant the Motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Remand, ECF No. 8, is **GRANTED**.

2. The above-captioned case is **REMANDED** to Spokane County Superior Court.

3. Any pending motions are **DISMISSED as moot**.

4. The Motion hearing set for December 3, 2026, is **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, mail a certified copy to the Clerk of the Spokane County Superior Court, and **close** this file.

**DATED** this 19th day of November 2026.

Stan Bastian
Chief United States District Judge